NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

EDWARD G. PETRAGLIA,

    Plaintiff,

  v.

U.S. BANK, N.A., *in its direct capacity as a debt collector*; SELECT PORTFOLIO SERVICING, INC., *in its direct capacity as a debt collector, and as agent for U.S. Bank, N.A.*; MILSTEAD & ASSOCIATES, INC., *in its direct capacity as a debt collector*; GREGORY J. TENCZA; 314 ATLANTIC AVENUE – SPRING LAKE, LLC; ABC CORP. DEFENDANTS I – X; and JOHN DOE DEFENDANTS I – X,

    Defendants.

GREGORY J. TENCZA and 314 ATLANTIC AVENUE – SPRING LAKE LLC,

    Counterclaimants,

  v.

EDWARD G. PETRAGLIA,

    Counter Defendant.

Civ. No. 17-6325

**ORDER**

THOMPSON, U.S.D.J.

    In view of this Court's letter to all parties on February 26, 2018 (ECF No. 59) and Order dated March 15, 2018 (ECF No. 69), the Court reiterates that the still-pending Counterclaim (*see* ECF No. 16) and attendant Motion for Default Judgment thereon (ECF No. 50) are STAYED pursuant to 11 U.S.C. § 362(a)(1), an automatic bankruptcy stay; therefore,

IT IS on this 2nd day of August, 2018,

ORDERED that this matter is ADMINISTRATIVELY TERMINATED, without prejudice and without costs; and it is further

ORDERED that the parties may formally reopen this case after the bankruptcy is resolved or the automatic bankruptcy stay is lifted by filing a letter with the Court seeking to reopen the case.

        /s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.